UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUE YU, RONALD OSCHER, DONALD FAISTL, and STANLEY ARROW, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ENERGY PLUS HOLDINGS LLC, and ENERGY PLUS NATURAL GAS LP, <br><br> *Defendants*. | No. 2:12-cv-2627-JLL-MAH |

## PLAINTIFFS' MOTION TO WITHDRAW STEVEN L. WITTELS AS PLAINTIFFS' COUNSEL

To the Clerk of the Court, Defendants, and Defendants' attorneys of record:

Pursuant to Local Rule 102.1, the undersigned hereby respectfully requests that Steven L. Wittels be permitted to withdraw as Plaintiffs' counsel and that he be removed from the service list in this matter. There is good cause for this Motion, as follows:

1. Mr. Wittels is no longer with Sanford Heisler, LLP effective October 1, 2012.

2. Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs.

3. Mr. Wittels' withdrawal will not delay the proceedings in this matter.

4. Plaintiffs have been notified of Mr. Wittels' departure from the firm.

5. Defendants' Counsel have been notified of Mr. Wittels' departure from the firm.

Dated: October 26, 2012  Respectfully submitted,

      /s/ Jennifer Siegel
Jennifer Siegel (JS-6110)
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5660
Facsimile: (646) 402-5651
jsiegel@sanfordheisler.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion to Withdraw Steven L. Wittels As Plaintiffs' Counsel was served via electronic means on the following Counsel of record:

>**Aurora Francesca Parrilla, Esq.**
>Lowenstein Sandler
>65 Livingston Ave
>Roseland, NJ 07068
>Email: aparrilla@lowenstein.com
>
>**Catherine L. Sakach, Esq.,**
>**Charles Mikell Hart, Esq.**
>Duane Morris LLP
>1940 Route 70 East
>Suite 200
>Cherry Hill, NJ 08003
>Email: csakach@duanemorris.com
>Email: chart@duanemorris.com
>*Counsel for Defendants*

I hereby certify that a true and correct courtesy copy was served via U.S. Mail to:

>**Honorable Michael A. Hammer**
>Martin Luther King, Jr. Federal Building & U.S. Courthouse, MLK 3C
>50 Walnut Street
>Newark, NJ 07101
>
>**Honorable Jose L. Linares**
>Martin Luther King, Jr. Federal Building & U.S. Courthouse, MLK 5D
>50 Walnut Street
>Newark, NJ 07101

I hereby certify that a true and correct courtesy copy of the Proposed Order was served via electronic mail to:

>**Honorable Jose L. Linares**
>njdnef_linares@njd.uscourts.gov

Respectfully submitted this 26th day of October, 2012.

> By: /s/ Jennifer Siegel
> Jennifer Siegel (JS-6110)
> **SANFORD HEISLER, LLP**
> 1350 Avenue of the Americas, 31st Floor
> New York, NY 10019
> Telephone: (646) 402-5660
> Facsimile: (646) 402-5651
> jsiegel@sanfordheisler.com
>
> *Counsel for Plaintiffs*