IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUE YU, RONALD OSCHER, DONALD FAISTL, and STANLEY ARROW,<br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ENERGY PLUS HOLDINGS LLC, and ENERGY PLUS NATURAL GAS LP,<br><br>Defendants. | No. 2:12-cv-2627-JLL-MAH |

### [~~PROPOSED~~] ORDER APPROVING THE PARTIES' AGREED-TO BRIEFING SCHEDULE AND RESCHEDULING THE INITIAL SCHEDULING CONFERENCE

**WHEREAS,** on September 14, 2012, the Court issued an order that, among other things, approved an agreement by the parties that adjourned the scheduling conferences, and provided that if the defendants filed a motion to dismiss, a single

1

scheduling conference would occur (on a date selected by the Magistrate Judge) after the return date of that motion (Docket Entry No. 18);

**WHEREAS,** on September 17, 2012, Magistrate Judge Hammer issued a text order setting an in-person initial scheduling conference for November 14, 2012 (Docket Entry No. 19);

**WHEREAS,** Plaintiffs then filed a Consolidated Amended Class Action Complaint on October 5, 2012 (Docket Entry No. 22);

**WHEREAS,** Defendants filed a motion to dismiss the Consolidated Amended Class Action Complaint on November 7, 2012 (Docket Entry No. 29);

**WHEREAS,** the parties previously proposed to extend the briefing schedule and postpone the Initial Conference, which this Court approved on November 13, 2012 (Docket Entry No. 31);

**WHEREAS,** the parties intend to further extend the briefing schedule as follows:

As agreed to by the parties, it is hereby **ORDERED** as follows:

1. Plaintiffs' memorandum in opposition to the defendants' motion to dismiss shall be due on or before January 18, 2013. This brief may be up to 40 pages long in a 12-point Times New Roman font;

2. Defendants' reply memorandum in further support of their motion to dismiss shall be due on or before February 12, 2013. This brief may be up to 15 pages long in a 12-point Times New Roman font;

3. The motion date shall be February 19, 2013;

4. The January 29, 2013 in-person initial scheduling conference ~~shall be~~ is hereby rescheduled to March 19, 2013 at 11:30 a.m. The Joint Discovery Plan ~~rescheduled for a date after February 19, 2013 that is convenient to the Magistrate Judge.~~ shall be filed on or before March 15, 2013.

5. There shall be NO further extensions of the deadlines for filing briefs on the Motion to Dismiss.

**IT IS SO ORDERED.**

_____, USMJ
12/18/12

Dated: December 14, 2012

Agreed to by:

/s/ Joseph G. Sauder
Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

/s/ Catherine L. Sakach
Catherine L. Sakach
DUANE MORRIS LLP
Suite 200
1940 Route 70 East
Cherry Hill, NJ 08003

*Counsel for Defendants*

3

SANFORD HEISLER, LLP
Jeremy Heisler
Andrew Melzer
Grant E. Morris (Of Counsel)
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019

MATTHEW R. MENDELSOHN
David A. Mazie
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

*Counsel for Plaintiffs*